IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| BUILDING ATE (8) RESTAURANT GROUP, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. S02-3344 |
| UNITED STATES and COMMISSIONER, INTERNAL REVENUE SERVICE, | ) ) ) | |
| Defendants. | ) | |

STIPULATION OF DISMISSAL

The parties having entered into an installment agreement, it is stipulated, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that the captioned action be and is DISMISSED with prejudice, each party to bear its own costs and attorney's fees.

DATED:   June 23, 2003

/s/ Matthew A. Weir
MATTHEW A. WEIR, #12062
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, MD 21201
Telephone: (410) 576-4752

Counsel for plaintiff

/s/ Jason S. Zarin
JASON S. ZARIN, #14854
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 514-0472

Counsel for defendants